IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

REHABCARE GROUP EAST, INC. d/b/a
REHABCARE GROUP THERAPY SERVICES, INC.,

    Plaintiff,

v.                                       Case No. 1: 11-CV-00066

HEALTH FACILITIES, INC. d/b/a
TRI-COUNTY NURSING HOME,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS AND MOTION TO STRIKE**

THIS CAUSE comes before this Court on Defendant's Motion to Dismiss and Motion to Strike (doc. 7). Plaintiff's Response to Defendant's Motion (doc. 11) does not dispute Defendant's Motion and concedes the request.

Accordingly, it is hereby ORDERED and ADJUDGED that:

1. Defendant's Motion to Dismiss GRANTED. Count II of Plaintiff's Complaint is dismissed without prejudice.

2. Defendant's Motion to Strike is GRANTED. Plaintiff's request for attorneys' fees as to Count III is stricken from the Complaint.[1]

DONE and ORDERED on this <u>sixteenth</u> day of June, 2011.

                                                   *s/ Stephan P. Mickle*
                                                   Stephan P. Mickle
                                                   Chief United States District Judge

---

[1] However, Plaintiff's request for attorneys' fees as to Count I remains.