IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

REHABCARE GROUP EAST INC.,

    Plaintiff,

v.                                           CASE NO.: 1:11cv66-SPM/GRJ

HEALTH FACILITIES INC.,

    Defendant.

_____/

## ORDER ON NOTICE OF CONFLICT WITH TRIAL PERIOD

THIS CAUSE comes before the Court for consideration of Plaintiff's Notice of Unavailability (doc. 26). Counsel for Plaintiff shall advise this Court in writing on December 16, 2011, if the conflict noted still exists.

DONE ORDERED this <u>twenty-ninth</u> day of July, 2011.

                                                      *s/ Stephan P. Mickle*
                                                      Stephan P. Mickle
                                                      Senior United States District Judge