UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


REHABCARE GROUP EAST, INC. d/b/a
REHABCARE GROUP THERAPY
SERVICES, INC.,

      PLAINTIFF,

                                    CASE NO.  1:11CV66-SPM/GRJ

v.

HEALTH FACILITIES, INC. d/b/a
TRI-COUNTY NURSING HOME,

      DEFENDANT.

_____/

ORDER

      This matter comes before the Court on the Joint Motion to Stay Proceedings

(doc. 40).  The parties request a stay to allow the completion of certain obligations

under a settlement agreement that they have reached.  Accordingly, it is

      ORDERED and ADJUDGED as follows:

      1.     The Motion (doc. 40) is **GRANTED**.

      2.     All pending deadlines are **STRICKEN**, and the Trial Date of

            February 6, 2012 is **REMOVED** from the Court's calendar.

3.     This matter is **STAYED** until January 6, 2012, at which time the

parties shall either tender a Stipulation of Dismissal or file a Motion

to Reopen Proceedings.

DONE AND ORDERED on this 9th day of December, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge