UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

REHABCARE GROUP EAST, INC. d/b/a
REHABCARE GROUP THERAPY
SERVICES, INC.,

    PLAINTIFF,

v.

    CASE NO.  1:11CV66-SPM/GRJ

HEALTH FACILITIES, INC. d/b/a
TRI-COUNTY NURSING HOME,

    DEFENDANT.

_____/

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation of Dismissal (doc. 43) and Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED AND ADJUDGED:

1. This case is **dismissed** with prejudice.

2. Each party shall bear its own costs and attorney fees.

3. The clerk is directed to close this case.

4. The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 9th day of January, 2012.

                                  *S/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  Senior United States District Judge